IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**JOHN GUZMAN**, and
**DAVID CARLSON**,                           Case No. 15-13574-DPH-DRG
    Plaintiffs,                              Hon. Denise Page Hood
                                              Hon. Magistrate Judge David R. Grand

       v.

**JESSE GUZMAN**,
    Defendant.

---

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES, FOR WANT OF SUBJECT MATTER JURISDICTION

This matter having come before the Court on this stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs or attorney fees of any kind, for want of subject matter jurisdiction.

**IT IS SO ORDERED:**

                                          s/Denise P. Hood
Dated: May 26, 2016                  Hon. Denise Page Hood
                                          U.S. District Court Chief Judge

Stipulated and Agreed on May 26, 2016:

Plaintiffs:
**MANTESE HONIGMAN, P.C.**

/s/ Gerard V. Mantese
Gerard V. Mantese (P34424)


Defendant:
**CLARK HILL PLC**

/s/ Kaveh Kashef (w/permission)
Kaveh Kashef (P64443)